ACCEPTED
03-14-00080-CV
7339069
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/12/2015 4:54:20 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00080-CV

_____

IN THE COURT OF APPEALS
THIRD JUDICIAL DISTRICT
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/12/2015 4:54:20 PM
JEFFREY D. KYLE
Clerk

_____

GATTIS ELECTRIC, INC.
*Appellant*,

v.

THERESA MARIE MANN, INDIVIDUALLY, AND AS GUARDIAN OF THE
PERSON AND ESTATE OF JAMES LAWHON,
*Appellee*.

_____

On Appeal from the 126th Judicial District Court
of Travis County, Texas
Trial Court No. D-1-GN-12-001971

_____

**SUPPLEMENT TO
APPELLANT'S UNOPPOSED SECOND MOTION TO EXTEND TIME
TO FILE MOTION FOR REHEARING OR
EN BANC RECONSIDERATION**

_____

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellant, Gattis Electric, Inc., ("Gattis") pursuant to Texas Rules of Appellate Procedure 49.8 and 10.5(b), files this supplement to its Unopposed Second Motion to Extend Time to File Motion for Rehearing or En Banc Reconsideration:

1.     On August 26, 2015, this Court issued an opinion and judgment affirming the trial court judgment.

2.     Any motion for rehearing or motion for en banc reconsideration was due September 10, 2015.  TEX. R. APP. P. 49.1.

3.     Appellant filed a first motion for extension of time to file a motion for rehearing or motion for en banc reconsideration, requesting an additional fifteen (15) days, up to and including Friday, September 25, 2015, in which to file a motion for rehearing or motion for en banc reconsideration.  The Court granted that motion on September 10, 2015.

4.     Appellant filed a second motion for extension of time on September 29, 2015, together with its motion for rehearing or motion for en banc reconsideration.  In Appellant's second motion for extension of time, it requested an extension up to and including Friday, October 2, 2015, in which to file a motion for rehearing or motion for en banc reconsideration.

5.     The second motion for extension of time was timely.  TEX. R. APP. P. 49.8.  Also, Appellant's Motion for Rehearing and Motion for En Banc Reconsideration, tendered for filing on September 29, 2015, was tendered within the time requested in the second motion to extend time.  The Court has not yet ruled on the second motion to extend time.

6. As supplemental grounds for the second extension, counsel for Appellant states the following. Appellant's counsel was unable to complete a motion for rehearing within the period allotted by the rules due to his involvement in the following matters, which required immediate attention and prevented completion of the Motion for Rehearing and Motion for En Banc Reconsideration by September 25, 2015:

(a) Extensive preparation for a hearing to appoint receiver in No. 2014-30215; *In the Matter of the Marriage of Evangelina Lopez Guzman and Miguel Zaragoza Fuentes*; in the 245th Judicial District Court of Harris County, Texas; which hearing was scheduled for August 24, 2015, and was a date assigned by the court before Appellees' Brief was filed. Many witnesses flew into Houston from other countries the week before August 24, 2015 to prepare for the hearing, and the undersigned counsel spent at least three days in preparation for the hearing.

(b) Research and preparation of Appellant's Reply Brief in No. 15-50128; *Harbor America Central, Inc. v. United States*; in the United States Court of Appeals for the Fifth Circuit; due and filed August 27, 2015.

(c) Research and preparation of an emergency motion to set aside a default judgment in No. 82302-CV; *Ramsey v. Ironman Express, LLC, et al.*; in the 412th Judicial District Court of Brazoria County, Texas; due August 27, 2015. A motion to set aside a default judgment requires immediate attention, and in this case, also requires preparation of a motion to extend appellate deadlines under Texas Rule of Civil Procedure 306a. The motion must be supported by affidavits of witnesses, and the preparation of these motions have consumed substantial time of Appellants' counsel. There is a hearing set for September 11, 2015 on this motion, for which counsel has also been preparing.

3

(d) Research and preparation of Appellee's brief in No. 14-15-00354-CV; *Petrofac v. Immi Turbines, Inc.*; in the Fourteenth Court of Appeals; which was originally due July 27, 2015. This is an accelerated appeal of a special appearance ruling. Counsel has filed two motions to extend time to file the Appellee's brief, which is currently due September 14, 2015.

(e) Research and preparation of a petition for writ of certiorari in No. 14-0715; *In re: Miguel Zaragoza Fuentes*; an original proceeding following the denial of a special appearance in family court. The petition for writ of certiorari is due September 17, 2015.

(f) Research and preparation of a petition for writ of mandamus in C.A. No. 4:12-cv-1206; *Aetna Life Ins. Co. v. Humble Surgical Hospital, LLC*; in the United States District Court for the Southern District of Texas, Houston Division. The mandamus petition is currently in preparation and has not yet been filed.

(g) Research and preparation of Appellant's Reply Brief in No. 13-14-00456-CV; *Bos v. Smith*; in the Thirteenth Court of Appeals, Corpus Christi, Texas; filed on September 18, 2015. This was a lengthy reply brief, consisting of over 12,000 words, for which the court of appeals granted leave to exceed.

(h) Attendance at a previously unexpected client meeting in El Paso, Texas, on September 21-22, 2015; in No. 2014-30215; *In the Matter of the Marriage of Evangelina Lopez Guzman and Miguel Zaragoza Fuentes*; pending in the 245th Judicial District Court of Harris County, Texas. This meeting required travel into Mexico and took counsel's efforts away from the motion for rehearing in the present case for an additional, and unforeseen, two days.

7. Appellant seeks this extension not for delay, but to allow counsel sufficient time to prepare a concise reply brief to assist with the Court's decision making.

4

**PRAYER**

For the above reasons, Appellant, Gattis Electric, Inc., respectfully requests this Court to grant an extension of time to file a motion for rehearing or motion for en banc reconsideration and accept as filed its Motion for Rehearing and Motion for En Banc Reconsideration tendered for filing on September 29, 2015.  Appellant further requests general relief.

Respectfully submitted,

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY

By:   /s/ Kevin Jewell
      Kevin D. Jewell
      State Bar No. 00787769
      1200 Smith Street, Suite 1400
      Houston, Texas 77002
      Telephone: (713) 658-1818
      Telecopier: (713) 658-2553

ATTORNEYS FOR APPELLANT, GATTIS ELECTRIC, INC.

## CERTIFICATE OF CONFERENCE

The undersigned counsel for Appellant conferred with counsel for Appellee by email on October 12, 2015, regarding the filing of this supplement. As of this filing, it is unknown whether Appellee is unopposed to the relief sought in this motion.

_/s/ Kevin Jewell_
Kevin D. Jewell

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Motion to Extend Time to File Reply Brief* has been forwarded to all parties and/or attorneys of record by the means indicated below, on this 12th day of October, 2015:

*Via facsimile and/or electronic service*
D. Todd Smith
Smith Law Group, P.C.
1250 Capital of Texas Highway South
Three Cielo Center, Suite 601
Austin, Texas 78746

*Via facsimile and/or electronic service*
Henry Moore
Jayme Bomben
316 W. 12th St., Suite 318
Austin, Texas 78701

*Via facsimile and/or electronic service*
Sally S. Metcalfe
Metcalfe Law, P.L.L.C.
901 South Mopac Expressway
Plaza One, Suite 300
Austin, Texas 78746

_/s/ Kevin Jewell_
Kevin D. Jewell
